JOHN E. SOMMER, Appellant, v. THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Respondent.

*Sommer* v. *N. Y. C. & H. R. R. R. Co.*, 146 App. Div. 902, affirmed. (Argued January 19, 1914; decided February 3, 1914.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered November 27, 1911, affirming a judgment in favor of defendant entered upon a verdict in an action by a veterinary surgeon to recover for treating and boarding a horse at the alleged request of defendant.

*August Becker* and *Foster B. Turnbull* for appellant.

*Alfred L. Becker* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: WILLARD BARTLETT, Ch. J., WERNER, CHASE, COLLIN, CUDDEBACK, HOGAN and MILLER, JJ.